**John Kitsos, Appellee, v. George Prantalos, Appellant.**

**Gen. No. 46,387.**

First District, First Division.

December 13, 1954.

Rehearing denied January 3, 1955.

Released for publication March 7, 1955.

John D. Vosnos, for appellant; Mayer Goldberg, and Leonard L. Levin, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.